Argued and submitted March 15, affirmed as modified May 15, opinion clarified
August 7, 1985
See 74 Or App 716, 704 P2d 138 (1985)

In the Matter of the Marriage of

MORAN,
*Respondent - Cross-Appellant,*
*and*

MORAN,
*Appellant - Cross-Respondent.*

(83-03-61897; CA A31158)

699 P2d 678

David N. Hobson, Portland, argued the cause and filed the briefs for appellant - cross-respondent.

Martha M. Hicks, Portland, argued the cause and filed the brief for respondent - cross-appellant.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

Paragraph 2 of the dissolution decree, pertaining to permanent spousal support, is modified to provide that husband shall pay to wife for her support and maintenance the sum of $950.00 per month for a period of two years, commencing January 1, 1984, and ending December 31, 1985. Commencing January 1, 1986, husband shall pay to wife for her support and maintenance the sum of $400.00 per month thereafter. The decree is affirmed in all other respects.

Affirmed as modified. Costs to wife.